# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL VALENTINE GARDNER**                                    **PLAINTIFF**
**ADC #175884**

v.                      **CASE NO: 3:21CV00060-JM-JJV**

**JOE PAGE, III,** *et al.*                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. Mr. Gardner filed an Amended Complaint which the Court will consider as an objection to this recommended disposition. However, Mr. Gardner's Amended Complaint does not rehabilitate his claims. Plaintiff merely attached copies of his disciplinary, grievances, appeal and the denial of his appeal by the ADC.

After carefully considering Mr. Gardner's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).[1]

---

[1] Title 28 U.S.C. § 1915(g) provides as follows: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or

3. Plaintiff's Motion to Amend his Complaint (Doc. No. 9) is DENIED as futile.

4. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 11) is GRANTED.

5. Plaintiff's Motions to Subpoena Data Records (Doc. Nos. 10 and 12) are MOOT.

6. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 24th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."