IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL VALENTINE GARDNER                                                    PLAINTIFF
ADC #175884

v.                          CASE NO: 3:21CV00060-JM-JJV

JOE PAGE, III, *et al*.                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 24th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE